ALDEN KNISBACHER (SBN 169705)
ATTORNEY AT LAW
444 DE HARO STREET, SUITE #126
SAN FRANCISCO, CA 94107
(415)522-5200 / fax: (415)522-5201

Attorney for Plaintiff
KEVIN HEALIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN HEALIS,<br><br>    Plaintiff,<br>vs.<br><br>JACKSON RANCHERIA, STEVE COLMAR,<br><br>    Defendants. | No.<br><br>COMPLAINT,<br>JURY DEMAND |

### I. INTRODUCTION

1. This is an individual action seeking declaratory and injunctive relief, back pay, liquidated damages, interest and attorney's fees for violations of the plaintiff's rights to job protection while on protected leave under the federal Family and Medical Leave Act, 29 U.S.C. §§ 2601 et seq..

2. Plaintiff contends he was wrongly fired for his employment while he was on an employer-approved family and medical leave.

### II. JURISDICTION AND VENUE

3. Plaintiff is authorized to invoke the jurisdiction of this Court at this time because the Court has federal question jurisdiction over plaintiff's claim arising under the Family and Medical Leave Act of 1993.

4. Venue is properly in this court under 28 U.S.C. § 1391 because the actions alleged in this

complaint occurred in the Eastern District of California. . Plaintiff was employed by defendant's casino operations, located in Amador County, California.

### III. THE PARTIES

5. Plaintiff is an individual, non-native American employee of the Jackson Rancheria.

6. Defendant Jackson Rancheria is plaintiff's employer, and, upon information and belief, an Indian tribe, operating in the State of California, County of Amador.

7. Defendant Steve Colmar was a manager at Jackson Rancheria, when he fired plaintiff, while plaintiff was on leave under the FMLA.

### IV. STATEMENT OF FACTS

8. Plaintiff was employed by defendant for 12 months prior to his leave being approved and worked at least 1250 hours during that time period.

9. From on or about January 1, 2003, plaintiff was denied Family and Medical Leave.

10. On or about January 27th, 2003, plaintiff's leave was approved by Defendant, and designated Family and Medical Leave.

11. On or about March 3, 2003, plaintiff's position was terminated, while plaintiff was on Family and Medical Leave.

### V. FIRST CAUSE OF ACTION

12. Plaintiff incorporates the above facts, as if fully set forth herein.

13. Plaintiff was on approved family and medical leave, when defendants fired him.

14. Plaintiff was reinstated, with some back pay, after the United States Department of Labor found that Defendant had violated the Family and Medical Leave Act.

15. Wherefore, plaintiff prays for damages, as follows:

   a. Back pay, as proven at trial;

   b. Pre-judgment interest, as proven and allowed by law;

   c. Liquidated damages

d.   Declaratory judgment and injunctive relief, preventing Defendant from violating the FMLA in the future;

e.   Attorney's fees, as proven and allowed by law.

Dated: March 2, 2005                    /s/ Alden Knisbacher
                                        ALDEN KNISBACHER
                                        Attorney for Plaintiff
                                        KEVIN HEALIS

## JURY DEMAND

Plaintiff hereby demands a trial by jury.

Dated: March 2, 2005                    /s/ Alden Knisbacher
                                        ALDEN KNISBACHER
                                        Attorney for Plaintiff
                                        KEVIN HEALIS