KORSHAK, KRACOFF, KONG & SUGANO, LLP
Clement J. Kong, Esq. (State Bar No. 69084)
Jill C. Peterson, Esq. (State Bar No. 120963)
2430 J Street
Sacramento, California 95816
Telephone: (916) 441-6255
Facsimile: (916) 448-8435

Attorneys for Defendants
Jackson Rancheria Band of Miwuk Indians
and Steven Colmar

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN HEALIS,<br><br>    Plaintiff,<br><br>v.<br><br>JACKSON RANCHERIA, STEVE COLMAR,<br><br>    Defendants. | CASE NO. Civ.S-05-415-DFL-DAD<br><br>**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE ANSWER AND ORDER THEREON** |

Defendants Jackson Rancheria Band of Miwuk Indians and Steve Colmar request an extension of time to file an answer in the above referenced matter of an additional 10 days until August 25, 2005. The complaint in this matter was served on Defendants on or about June 27, 2005. The defendants were granted an extension of 29 days to respond by August 15, 2005. They hereby request an additional 10 days until August 25, 2005. Plaintiff's counsel agrees to the extension.

///

1  Dated:
2
3                                          By:    /s/_____
                                                  Alden Knisbacher
4                                                 Attorney for Plaintiff Kevin Healis
5
6  Dated:                                         Korshak, Kracoff, Kong & Sugano, LLP
7
8                                          By:    /s/_____
                                                  Jill C. Peterson
9                                                 Attorneys for Defendants
                                                  Jackson Rancheria Band of Miwuk
10                                                Indians and Steven Colmar
11

12                                    **ORDER**

13     Having read the above request of the Defendants, and good cause appearing,
14  therefore,
15     IT IS SO ORDERED.
16
17  Dated:  August 16, 2005.               /s/Lawrence K. Karlton
                                           for David  F. Levi
18                                         United States District Judge
19
20
21
22
23
24
25
26
27
28
                                           2
**DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE ANSWER AND [PROPOSED] ORDER THEREON**