ALDEN J. KNISBACHER, Bar No. 169705
KNISBACHER LAW OFFICES
444 DeHaro Street, Suite 126
San Francisco, CA  94107
Telephone:      415.522.5200
Facsimile:       415.522.5201

Attorney for Plaintiff
KEVIN HEALIS

JILL C. PETERSON, Bar No. 120963
Korshak Kracoff Kong & Sugano, LLP
2430 J Street
Sacramento, CA  95816
Telephone: (916) 441-6255
Facsimile:   (916) 448-8435

Attorneys for Defendants
JACKSON RANCHERIA AND STEVE COLMAR

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

.

| | |
|---|---|
| KEVIN HEALIS,<br><br>    Plaintiff,<br><br>vs.<br><br>JACKSON RANCHERIA, STEVE COLMAR<br><br>    Defendants. | Case No.  CV-05-415-DFL-DAD<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

The parties to this matter reached a settlement agreement at the settlement conference set in this matter on March 16, 2006, the terms of which were presented in court in the presence of Magistrate Dale Drozd, subsequently reduced to writing, and executed.  Per the terms of that settlement, the parties stipulate that this matter should be dismissed with prejudice, each party to bear their own costs and attorney's fees.

STIPULATION OF DISMISSAL                                                      Case No.  CV-00415-DFL-DAD

1  Dated: May 1, 2005                                \s_____
2                                                    ALDEN KNISBACHER
                                                     Knisbacher Law Offices
3                                                    Attorney for Plaintiff
4
5
6  Dated:  May 2, 2006                               \s_____
7                                                    JILL PETERSON
                                                     Korshak Kracoff Kong & Sugano,  LLP
8                                                    Attorneys for Defendants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**JOINT CASE MGT CONF STMT AND [PROPOSED] ORDER**         2.         **Case No. CV 03-04205-JF**

**ORDER**

The parties having stipulated and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

This matter is dismissed, with prejudice, each party to bear their own costs and fees.

Dated: May 3, 2006.                        /s/ David F. Levi
                                           THE HONORABLE DAVID F. LEVI
                                           United States District Judge